RECEIVED
IN LAKE CHARLES, LA

JUN 12 2006

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | | |
|---|---|---|
| JOSEPH SYLVESTER CARMOUCHE AND ANGELA CARMOUCHE | : | DOCKET NO. 2:04 CV 2397 |
| VS. | : | JUDGE MINALDI |
| W.G. YATES AND SONS CONSTRUCTION | : | MAGISTRATE JUDGE WILSON |

## JUDGMENT

In accordance with the corresponding Memorandum Ruling, for the reasons set forth therein,

IT IS ORDERED that the Motion Reasserting [doc. 29] the previous Motion for Summary Judgment filed by the defendant, W.G. Yates and Sons Construction Company IS GRANTED.

IT IS FURTHER ORDERED that the plaintiffs' claims against W.G. Yates and Sons Construction Company ARE DISMISSED WITH PREJUDICE.

Lake Charles, Louisiana, this  12  day of June, 2006.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE